No. 471. BARKER *v.* UNITED STATES. Court of Claims. Certiorari denied. *Paul R. Harmel* for petitioner. *Solicitor General Rankin, Assistant Attorney General Doub* and *Samuel D. Slade* for the United States.

No. 489. VAN CURLER BROADCASTING CORP. *v.* UNITED STATES ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Paul A. Porter* and *George Bunn* for petitioner. *Solicitor General Rankin, Assistant Attorney General Hansen, Warren E. Baker, Richard A. Solomon* and *Daniel R. Ohlbaum* for the United States and the Federal Communications Commission, and *D. M. Patrick* for the Hudson Valley Broadcasting Co., Inc., respondents.

No. 490. WATSON, ADMINISTRATOR, *v.* UNITED STATES. Court of Claims. Certiorari denied. *Alfred C. B. McNevin* for petitioner. *Solicitor General Rankin, Assistant Attorney General Doub* and *Samuel D. Slade* for the United States.

No. 494. MARINE TRANSPORT LINES, INC., ET AL. *v.* UNITED STATES. Court of Claims. Certiorari denied. *J. Franklin Fort* and *Israel Convisser* for petitioners. *Solicitor General Rankin, Assistant Attorney General Doub, Melvin Richter, Leavenworth Colby* and *Herman Marcuse* for the United States.

